USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 1/10/2020

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------------X
```
ANA GARCIA and CARLOS GARCIA,            :
                                         :
                          Plaintiffs,    :
             -against-                   :    1: 20-cv-00128-GHW
                                         :
DAISY SANTIAGO, RPA-C , TAJUDEEM O       :        ORDER
DABIRI, MD, BRONXCARE HEALTH             :
SYSTEM, ROBERT DAVID SOLOMON,            :
THIRD AVENUE OPEN MRI, INC., and         :
URBAN HEALTH PLAN, INC.,                 :
                                         :
                          Defendants.    X
```
-------------------------------------------------------------------

GREGORY H. WOODS, United States District Judge:

     This action was removed from the Supreme Court of the State of New York, New York County on January 7, 2020. Plaintiff's counsel is directed to promptly file a notice of appearance in this case. Defendant is directed to serve a copy of this order on Plaintiffs, and to retain proof of service.

     SO ORDERED.

Dated: January 10, 2020
New York, New York

                                                             _____
                                                               GREGORY H. WOODS
                                                          United States District Judge